RECEIVED IN
The Court of Appeals
Sixth District

FEB 0 6 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

FEB 0 6 2015

Texarkana, Texas
Debra K. Autrey, Clerk

NO. 06-14-DOO65-CV

| | | |
|---|---|---|
| Julio Perez, Jr., | § | IN THE COURT OF APPEALS |
| VS. | § | FOR |
| T.D.C.J., et.al. | § | THE SIXTH DISTRICT |

## APPELLANT'S MOTION TO OBJECT

TO THE HONORABLE JUSTICES OF THE SIXTH COURT OF APPEALS:

COMES NOW, Julio Perez, Jr., Appellant herein, and files this motion pursuant to Rules 10, 10.4 of the Tx. R. App. Proc. and shows the following:

I.

Appellant objects to Appellee's raising issue of Appellant's poverty because in the trial court's order issued on July 2, 2014 the only issue is

1.

whether Appellant's original petition was timely filed. Refer to Clerk's Record ("CR") at 10, 70-74. Appellee should not be allowed to cite any other point unless Appellant is also afforded the opportunity to address the same; otherwise the focal point is the timeliness of original petition.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant prays this Honorable Appellate Court grant the foregoing motion.

Respectfully Submitted,

s/ Julio Perez Jr.

Julio Perez, Jr. # 850734 Pro Se
3899 S.H. 98
New Boston, Tx 75570

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion has been served on Clerk Debra K. Autrey; Jerry S. Bergman, Asst. Atty. Gen. at their respective addresses on this the 3rd day of February, 2015 via 1st Class mail.

2.